

FILED
JUL 2 0 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 05-30710-C-7 |
| ) | |
| JOHN JOSEPH RUSH II, ) | MC No. KEH-1 |
| ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014. Evidence was taken pursuant to Federal Rule of Civil Procedure 43(e), as incorporated by Federal Rule of Bankruptcy Procedure 9017 and as invoked by Local Bankruptcy Rule 9014(e).

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

20

## Findings of Fact

Debtor filed his voluntary chapter 7 petition on August 30, 2005. He scheduled real property commonly known as 5309 San Francisco Blvd., Sacramento, California ("property") as property of the estate. The first meeting of creditors was held on October 4, 2005. Debtor indicated on his Statement of Intention that he intends to retain the property and reaffirm the debt. The chapter 7 trustee filed a report finding that there is no property available for distribution from the estate over and above that exempted by the debtor. The court observes that a adversary proceeding (05-2496) concerning an objection to debtor's discharge is currently pending.

On June 15, 2006, World Savings Bank ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property. The fair market value of the property is approximately $290,000. Movant has a lien on the property in the approximate amount of $127,331.59. Other liens against the property total $40,972. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtors _in personam_ and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case

is granted a discharge. 11 U.S.C. § 362(c). The automatic stay may be terminated earlier if debtors fail to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtors do not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2)(B). The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

The pending adversary proceeding is the sole reason why the automatic stay is still in effect. Otherwise, the stay would have expired by this time. Although the debtor appears to have substantial equity in the property and he indicated his intent to retain the property and reaffirm the debt, the motion will be granted as against the debtor for cause.

Further, because the chapter 7 trustee filed a no asset report, and filed no opposition to the motion, the motion will also be granted as to the trustee.

An appropriate order will issue.

Dated: July 20, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

John Joseph Rush II
5309 San Francisco Blvd.
Sacramento, CA 95820

Gregory J. Smith
109 Darling Way
Roseville, CA 95678-0192

Hank Spacone
P.O. Box 255808
Sacramento, CA 95865

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Keith E. Herron
Herron & Associates
10201 Mission Gorge Road, Suite J
Santee, CA 92071

Dated: 7/21/06

_____
Deputy Clerk